# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jones, Edith H. | 5th Circuit Court of Appeals | 05/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge, Active | ☐ Nomination　Date<br>☐ Initial　☑ Annual　☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

12505 U.S. Courthouse
515 Rusk
Houston, TX 77002-2600

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board Member | The Blackstone Center for Law & Liberty, Faulkner University |
| 2. | President | Garland Walker Inn of Court |
| 3. | Board Member | Calvin Coolidge Presidential Foundation |
| 4. | Trustee | Trust#1 |
| 5. | Trustee | Trust #2 |
| 6. | Trustee | Trust #3 |
| 7. | Secretary-Treasurer | Hollan Maine LLC (listed in Part VII) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 05/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 10/2-4/19 | Hillsdale College - Lecture Fee--Teaching Pre-law course | $500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Prudential Ins. Co., Pension Annuity, Occidental Petrol |
| 2. 2019 | Hunton AK Plan A retirement plan |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Texas Federalist Society | January 26, 2019 | Austin, Texas | Panel Moderator | Mileage, Parking, Meal |
| 2. | Heritage Foundation | February 19-22, 2019 | Washington, DC | Federal Law Clerk Panel Member | Airfare, Mileage, Taxi, Lodging, Meals |
| 3. | Arizona State -Sandra Day O'Connor Law School Federalist Society | March 15-16-2019 | Phoenix, AZ | Panel Member | Airfare, Mileage, Taxi, Lodging, Meals |
| 4. | Coolidge Foundation | April 26-28, 2019 | Plymouth, VT | Board Meeting & Scholarship Selection Committee | Lodging, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jones, Edith H.** | 05/15/2020 |

| | | | | |
|---|---|---|---|---|
| 5. | Federalist Society - Fort Worth Lawyers Chapter | July 18, 2019 | Fort Worth, TX | Speech | Parking, Taxi, Airfare, Meal |
| 6. | Hillsdale College | October 2-4, 2019 | Hillsdale, Michigan | Teaching | Lodging, Meals |
| 7. | Heritage Foundation | October 15-17, 2019 | Washington, DC | Speech-Joseph Story Distinguished Lecture | Airfare, Lodging, Taxis, Meals |
| 8. | Federalist Society | November 13-16, 2019 | Washington, DC | Speaker | Airfare, Lodging, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 05/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jones, Edith H.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   BANK ACCOUNTS | | | | | | | | | |
| 2.   Bank of America - Accounts | A | Interest | M | T | | | | | |
| 3.   J.P. Morgan Chase Bank - Accounts | A | Interest | K | T | | | | | |
| 4.   Morgan Stanley Bank | B | Interest | M | T | | | | | |
| 5.   STOCKS, BONDS & NOTES | | | | | | | | | |
| 6.   AT&T Common Stock | A | Dividend | J | T | | | | | |
| 7.   Invesco Comstock A (ACSTX) (fmr. Invest. Co. of America) | A | Dividend | K | T | | | | | |
| 8.   Dowdupont - common | A | Dividend | | | Sold | 11/22/19 | J | B | |
| 9.   Nestle - common | A | Dividend | L | T | | | | | |
| 10.  Newmont Gold - common | A | Dividend | J | T | | | | | |
| 11.  Intel Corporation | A | Dividend | K | T | | | | | |
| 12.  Procter & Gamble | B | Dividend | L | T | | | | | |
| 13.  Tortoise Energy Corp. | A | Dividend | J | T | | | | | |
| 14.  Pepsico | B | Dividend | L | T | | | | | |
| 15.  NCR | | None | J | T | | | | | |
| 16.  MS Global Infrastructure A, (MTIPX) | A | Dividend | K | T | | | | | |
| 17.  Am. Inv. Co. (AIVSX) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Franklin Insd. Tax Free Fund-FKTIX | B | Interest | K | T | Sold (part) | 07/15/19 | J | A | |
| 19. Franklin Mut. Shares Fund TESIX | A | Dividend | J | T | | | | | |
| 20. Magellan Midstream Partners | A | Dividend | J | T | | | | | |
| 21. Verizon Comm | A | Dividend | J | T | | | | | |
| 22. Fidelity Fund (FFFCX) | D | Int./Div. | N | T | | | | | |
| 23. Smucker J M Co | A | Dividend | J | T | | | | | |
| 24. Lord Abbett Sht. Fund (LDLAX) | C | Dividend | M | T | | | | | |
| 25. Pioneer Mlti Ast Ult. (MCFRX) | C | Dividend | M | T | | | | | |
| 26. Templeton Global Bond FdC | B | Dividend | L | T | Sold (part) | 11/20/19 | K | A | |
| 27. Templeton Global Bond FdC | B | Dividend | L | T | Sold (part) | 11/22/19 | K | A | |
| 28. Goldman Sachs MLP Inc. (GMZ) | B | Dividend | J | T | | | | | |
| 29. Tekla Healthcare Opp Fund (THO) | A | Dividend | K | T | | | | | |
| 30. Pfizer, Inc. | A | Dividend | | | Sold | 11/12/19 | J | A | |
| 31. AmCap Fund (AMCPX) | B | Dividend | L | T | | | | | |
| 32. Fidelity Puritan Trust (FPURX) | A | Dividend | J | T | | | | | |
| 33. Fidelity Sec's Fd. (FBGRX) | A | Dividend | J | T | | | | | |
| 34. Columbia Funds (AUGAX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jones, Edith H.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Wash. Mut. Inv's Fund (AWSHX) | A | Dividend | L | T | | | | | |
| 36. First Tr. En. Income | A | Dividend | J | T | | | | | |
| 37. USAA Cornerstone (USCRX) | C | Dividend | K | T | | | | | |
| 38. Vanguard stock Market Index Fund (VTSAX) | B | Dividend | L | T | | | | | |
| 39. Vanguard 500 Index Fund | B | Dividend | K | T | | | | | |
| 40. Colgate Palmolive | A | Dividend | J | T | | | | | |
| 41. John Hancock Venture Variable Annuity | A | Interest | | | Redeemed | 11/05/19 | K | A | |
| 42. -Hollan Maine LLC, property in York County, Maine | A | Rent | N | W | | | | | |
| 43. Alphabet Inc. | B | Dividend | K | T | | | | | |
| 44. Blackstone Group | B | Dividend | K | T | | | | | |
| 45. Enterprise Prod. Ptnrs LP | A | Dividend | K | T | | | | | |
| 46. Lyondell Basel | A | Dividend | | | Sold (part) | 11/20/19 | J | B | |
| 47. Lyondell Basel | A | Dividend | | | Sold (part) | 11/22/19 | J | B | |
| 48. Lyondell Basel | A | Dividend | | | Sold | 12/06/19 | J | B | |
| 49. Rio Tinto PLC | A | Dividend | K | T | | | | | |
| 50. Rockwell Automation | A | Dividend | | | Sold (part) | 11/20/19 | J | A | |
| 51. Rockwell Automation | A | Dividend | | | Sold | 11/22/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   Visa, Inc. | B | Dividend | L | T | | | | | |
| 53.   Walgreen Boots | A | Dividend | J | T | Sold<br>(part) | 11/22/19 | J | A | |
| 54.   Amgen, Inc. [Bond] | B | Interest | L | T | | | | | |
| 55.   Merck | | None | K | T | Buy | 11/29/19 | K | | |
| 56.   Merck | | None | | | Sold | 12/03/19 | K | A | |
| 57.   Corteva* See Note, Part VIII | A | Dividend | J | T | Buy | 06/01/19 | J | | |
| 58.   Walmart | A | Dividend | K | T | Buy | 11/22/19 | K | | |
| 59.   Accenture | A | Dividend | J | T | Buy | 12/06/19 | J | | |
| 60.   Walt Disney | A | Dividend | J | T | Buy | 12/06/19 | J | | |
| 61.   United Health Gp. | A | Dividend | J | T | Buy | 12/06/19 | J | | |
| 62.   Permanent Porfolio | A | Dividend | L | T | Buy | 11/26/19 | L | | |
| 63.   Apple, Inc. | A | Interest | L | T | Buy | 09/06/19 | L | | |
| 64.   United Healthgrp | A | Interest | L | T | Buy | 09/05/19 | L | | |
| 65.   Microsoft | A | Interest | L | T | Buy | 09/05/19 | L | | |
| 66.   JP Morgan Chase | A | Interest | L | T | Buy | 09/05/19 | L | | |
| 67.   Trust #1 | | | | | | | | | |
| 68.   -Invesco Comstock A (ACSTX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   -Magellan Midstream Partners | A | Dividend | K | T | | | | | |
| 70.   -Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 71.   -Toyota Motor Bond | A | Interest | K | T | Buy | 09/06/19 | L | | |
| 72.   Trust #2 | | | | | | | | | |
| 73.   -Bank of America | A | Dividend | J | T | | | | | |
| 74.   -Coca Cola | A | Dividend | J | T | | | | | |
| 75.   -Eastman Chem | A | Dividend | J | T | | | | | |
| 76.   -General Electric | A | Dividend | | | Sold | 08/20/19 | J | A | |
| 77.   -Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 78.   -Wabtec* See Note, Part VIII | A | Dividend | J | T | Buy | 02/26/19 | J | | |
| 79.   -Toyota Motor Bond | A | Interest | K | T | Buy | 09/06/19 | K | | |
| 80.   Trust #3 | | | | | | | | | |
| 81.   -American Elec Power | A | Dividend | J | T | | | | | |
| 82.   -Chemours Co. | A | Dividend | J | T | | | | | |
| 83.   -Dow Dupont | A | Dividend | J | T | | | | | |
| 84.   -Emerson Elec Co. | A | Dividend | J | T | | | | | |
| 85.   -Hershey Co. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -Scana Corp. * | A | Dividend | | | Sold | 01/02/19 | J | A | |
| 87.  -Dominion Energy | A | Dividend | J | T | Buy | 01/02/19 | J | | |
| 88.  -Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 89.  -Corteva* See Note, Part VIII | A | Dividend | J | T | Buy | 06/01/19 | J | | |
| 90.  -Toyota Motor Bond | A | Interest | K | T | Buy | 09/06/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jones, Edith H.** | 05/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII.  Investments and Trusts


Corteva was spun off from Dow DuPont, and we and Trust #3 received shares in the spinoff.

Likewise, Wabtec was spun off from General Electric before Trust #2 sold GE, so Wabtec shares were received from GE.

Scana, in Trust #3, was bought by Dominion Energy, so Trust #3 Scana shares were exchanged for Dominion.

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 05/15/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edith H. Jones**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544